174 A.3d 522

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MIGUEL A. SOTO, DEFENDANT–PETITIONER.

C–160 September Term 2017
079345

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001204–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.